## STATE OF CONNECTICUT *v.* STEPHEN C. MCCULLOUGH
### (10043)

DUPONT, C. J., LANDAU and HEIMAN, Js.

Argued December 13, 1991—decision released January 7, 1992

*Stephen C. McCullough,* pro se, the appellant (defendant).

*Paul J. Ferencek,* assistant state's attorney, with whom, on the brief, were *John M. Bailey,* state's attorney, and *Antonia Carabillo,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.